Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Defendant, Kaseya US Sales, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IT NETWORK SOLUTIONS, LLC, | CIVIL ACTION NO. _____ |
| Plaintiff, | (HONORABLE _____) |
| v. | |
| KASEYA US SALES, LLC, JOHN DOES 1-5(fictitious), ABC CORPS. 1-5 (fictitious), | **CERTIFICATION OF SERVICE** |
| Defendants. | |

    **I HEREBY CERTIFY** that on this the 30th day of May 2014, I caused copies of the following documents on behalf of Defendant, Kaseya US Sales, LLC, pursuant to the electronic filing rules, to be filed electronically with the Clerk of Court :

- Notice of Removal;
- Declaration of Steven A. Kroll, Esq., together with Exhibits annexed thereto; and
- Disclosure Statement Pursuant to Local Rule 7.1.

    I further certify that on this same date, I caused copies of the foregoing documents to be served via Lawyer's Service on the following counsel:

    Darren C. Kayal, Esq.
    Rudolph & Kayal, P.A.
    Atlantic Corporate Center
    2317 Highway 34, Suite 2C
    Manasquan, New Jersey 08736
    Attorney(s) for Plaintiffs

                          **CONNELL FOLEY, LLP**
                          Attorneys for Defendant, Kaseya US Sales, LLC

                          By: */s/ Steven A. Kroll*
Dated: May 30, 2014                    Steven A. Kroll, Esq.