UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IT NETWORK SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KASEYA US SALES, LLC,<br><br>　　　　Defendant. | Case No. 15-cv-00784-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 24] |

　　　The parties in the above-captioned action are presently scheduled to appear for case management on June 11, 2015. On June 5, 2015, the parties informed the Court that they have reached a settlement in principle that would resolve this action, and asked the Court to continue the case management conference in order for them to document the agreement and dismiss this action.

　　　The Court HEREBY CONTINUES the case management conference to July 16, 2015.

　　　**IT IS SO ORDERED.**

Dated: June 9, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge