# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IT NETWORK SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>KASEYA US SALES, LLC,<br><br>    Defendant. | Case No. 15-cv-00784-BLF<br><br>**ORDER TO SHOW CAUSE** |

On February 20, 2015, this case was transferred to the United States District Court for the Northern District of California. On June 5, 2015, the parties advised the Court that they had agreed to a settlement in principle. *See* ECF No. 24. Counsel for Defendant, in its separately filed case management statement, has advised the Court and the Court's records reflect that Plaintiff's Counsel is not admitted to practice in this Court and that Plaintiff has not secured any other counsel admitted to practice in this Court as required by Civil Local Rule 11-3. *See* ECF No. 26. Additionally, Counsel for Defendant has advised the Court that Plaintiff has failed to cooperate in a Rule 26(f) conference, meaningfully engage in the litigation or settlement process, and participate in the preparation of a joint case management statement as required by Local Civil Rule 16-10(d). *Id*.

For the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to abide by the Civil Local Rules, failure to participate in a Rule 26(f) conference, and failure to meaningfully engage in the litigation or settlement process on or before **August 12, 2015**.

The Clerk shall send this Order by certified mail to the Plaintiff.

**IT IS ORDERED.**

Dated: July 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge