JASON M. SKAGGS (No. 202190)
SKAGGS FAUCETTE LLP
530 Lytton Ave, 2d Floor
Palo Alto, CA 94301
Telephone:  (650) 617-3226
Facsimile:  (650) 644-0200
E-mail: jason@skaggsfaucette.com

Attorneys for Defendant
KASEYA U.S. SALES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IT NETWORK SOLUTIONS, LLC, | Case No.: 5:15-cv-00784-BLF |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| KASEYA U.S. SALES, LLC, | |
| Defendant. | |

1   IT IS HEREBY STIPULATED by and between the parties to this action through their

2   designated counsel that the above-captioned action be and hereby is dismissed **WITH**

3   **PREJUDICE** pursuant to Federal Rule of Civil Prodecure 41(a)(1).

4

5

6   Dated: August 24 2015                          SKAGGS FAUCETTE LLP

7                                                  By: _____

8                                                        Jason Skaggs
                                                   Attorneys for Defendant KASEYA U.S. SALES, LLC

9

10  Dated: August 24, 2015                         RUDOLPH & KAYAL

11                                                 By: _____

12                                                        Darren Kayal

13                                                 Attorneys for Plaintiff IT NETWORK SOLUTIONS, LLC

14

15                              **Filer's Attestation**

16

17      I, Jason M. Skaggs, am the ECF User whose identification and password are being used to

18  file this STIPULATION RE RESPONSE TO COMPLAINT.  Pursuant to Civil Local Rule 5-

19  1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been

20  obtained from Plaintiff's counsel.

21                                                 By: _____

22                                                        Jason M. Skaggs

23

24

25

26

27

28

**SKAGGS FAUCETTE** LLP

DISMISSAL WITH PREJUDICE:                    2                    CASE NO.: 5:15-cv-00784-BLF